**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

---

**EUGENE HUDSON, Jr.**
**12723 Parkton Street**
**Fort Washington, MD   20744**

        **Plaintiff**

                                      **Civil Action No.:** _____

   **v.**

**AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES**
**80 F Street N.W.**
**Washington, DC 20001**

        **Defendant**

---

## COMPLAINT

Plaintiff Eugene Hudson, Jr., by and through his undersigned counsel, files this Complaint alleging that the American Federation of Government Employees violated rights protected by the Labor-Management Reporting and Disclosure Act.

## PARTIES

1.      Plaintiff Eugene Hudson, Jr., is a member in good standing of the American Federation of Government Employees ("AFGE").  Mr. Hudson resides at 12723 Parkton Street, Fort Washington, MD   20744.

2.      Defendant American Federation of Government Employees ("AFGE") is a labor organization within the meaning of 29 U.S.C. §402(i)  AFGE maintains its principal office at 80 F Street N.W., Washington, DC 20001.  AFGE is a national labor organization with approximately 1034 affiliated Local Unions.

## JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C.
§1331 and 29 U.S.C. §481(c).

4.    This Court has venue over this matter pursuant to 28 U.S.C. §1391(b)(1) and 29
U.S.C. §481(c) because Defendant AFGE maintains its headquarters in the District of Columbia.

## FACTS

5.    Plaintiff Hudson was elected National Secretary Treasurer of AFGE at its 2012 and
2015 Conventions for three year terms.

6.    The next AFGE Convention is scheduled to be held in August 2018.  Delegates to
the 2018 Convention will elect a National President, a National Secretary Treasurer, and the National
Vice-President for Women and Fair Practices.

7.    In August 2016, NST Hudson declared that he would be a candidate at the 2018
Convention.  In December 2016 he announced that he would be a candidate for the position of
National President, the position currently held by National President J. David Cox.

8.    As National Secretary Treasurer, Mr. Hudson published a quarterly publication titled
NST ADVISOR.  In early October, 2016, AFGE distributed the Fall 2016 edition of the NST ADVISOR
to the officers of the numerous Local Unions affiliated Local Unions.  The Fall 2016 edition included
an opening statement by NST Hudson, information concerning his travels to AFGE affiliates, an
article by Dr. Arla Bentley describing changes in AFGE's data processing system, a description of
NST Hudson's trip to South Africa at the direction of NP Cox, a guideline for reducing fraudulent
and abusive expenditures of Union funds, and an article by Lead Field Accountant Willie Hope

2

concerning the budgetary process and the Department of Labor reporting requirements. A true and correct copy of the Fall 2016 NST ADVISOR is attached hereto as Complaint Exhibit 1.

9.      The Fall 2016 NST ADVISOR was not published as campaign literature. It was a regular quarterly publication by the Office of the National Secretary Treasurer. AFGE did not question the publication or its contents when it was initially distributed, even though NST Hudson had already declared that he would be a candidate in 2018.

10.      Between February 3 and 9, 2017, AFGE conducted a legislative conference at a hotel in Washington, D.C. Attendees at the legislative conference received material related to the conference and material prepared by various AFGE officers and officials.

11.      NST Hudson prepared a package of material to be distributed to the attendees to the legislative conference. As part of his package, NST Hudson included the Fall 2016 NST ADVISOR which had previously been distributed to many, but not all, attendees to the conference.

12.      Several other AFGE officials distributed packages of material to attendees at the legislative conference.

13.      On the eve of the conference, AFGE employees were instructed to remove the Fall 2016 NST ADVISOR from the package of material to be distributed. All copies of the NST ADVISOR were removed from the packages distributed by NST Hudson.

14.      AFGE removed the Fall 2016 NST ADVISOR because it was deemed an improper use of AFGE funds to promote NST Hudson's candidacy.

## COUNT 1
## VIOLATION OF LANDRUM-GRIFFIN RIGHTS

15.     The allegations in paragraphs 1 through 14 of the Complaint are incorporated by reference.

16.     The Labor-Management Reporting and Disclosure Act, 29 U.S.C. §481(c), protects a candidate's right to distribute literature to members of the labor organization and prohibits discrimination in favor of or against any candidate.

17.     The refusal to permit the distribution of the Fall 2016 NST ADVISOR at the February legislative conference constituted discrimination against NST Hudson.  Before Plaintiff Hudson declared his candidacy, AFGE had permitted the distribution of the Fall 2016 NST ADVISOR to a broad range of AFGE members.  After he declared his candidacy, the same publication was deemed impermissible campaign material.

## RELIEF REQUESTED

Plaintiff requests that the Court:

1.      Conclude that AFGE violated his rights as a candidate for AFGE office; and

2.      Direct AFGE to pay Plaintiff's costs and reasonable legal fees.

3.      Award such other legal and equitable relief as it deems just and proper.

<div style="margin-left: 40%;">

Respectfully submitted,
 /s/ Jonathan Axelrod
Jonathan G. Axelrod (D C Bar No. 210245)
Beins Axelrod, P.C.
1030 15th Street, NW
Washington, DC 20005
telephone:      (202) 328-7222
telecopier:      (202) 328-7030
jaxelrod@beinsaxelrod.com


Counsel for Plaintiff Eugene Hudson, Jr.

</div>

Dated: July 20, 2017